[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IC

RECEIVED

JUN 04 2026 JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Shanita Foster

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:26-cv-06627
Judge Jeffrey I Cummings
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat 2

vs.

Case No: 21B-2023-00979
(To be supplied by the Clerk of this Court)

City of Chgo, Civilian office of Police Accountability

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

_______ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Shanita Foster

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 21B-2023-00979
(To be supplied by the Clerk of this Court)

Daniel Bartoli
Margret Flisk
John Paulos
Debra Malloy
Jeff Curia
Brain Crunnell

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

______ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Shanita Foster

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: ______

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: City of Chicago - Dept of Police - John Poulos

Title: Commander

Place of Employment: Chicago Police

B. Defendant: Margret Flisk

Title: Sergeant

Place of Employment: City of Chicago

C. Defendant: ~~John Poulos~~ Jeff Cung

Title: Sergeant

Place of Employment: Chicago Police

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** D/NA

A. Name of case and docket number: ______________________

B. Approximate date of filing lawsuit: ______________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________

D. List all defendants: ______________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________

F. Name of judge to whom case was assigned: ______________________

G. Basic claim made: ______________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________

I. Approximate date of disposition: ______________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Lieut- Daniel Bartoli - violated my civil right by intiating a Complaint Registered number against me for giving my opinion of George Floyd protest without permission of the Dept. (Discredit)

Margret Flisk- Accused me of not returning to work facility after lunch break cont. we harassement

John Poulos- Retaliated against because I file a harassement complaint. On Jun 18, 2024 sent COPA to my home to notify while on Medical during the time I had to tell my eight year twin their Father passed away

Debra Malloy- Same as listed Retaliation above with John Poulos. Hostile work enviroment prior to my children Father's death



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Jeff Curia May 1st-2024 Attempted to unlawful enter my rear fench alleging to do a medical Check. Force his hand through my rear fench - The whole incident was captured on his body camera

Brian-Crunnell - While off duty alleged he gave an order to Show my work I.D in a public Area. of the 003 district Station. (Retaliation) I had complaints of discrimination against his Father Patrick Crunnell





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 03 day of June, 20 26

Shanita Foster
(Signature of plaintiff or plaintiffs)

Shanita Foster
(Print name)

______________________________________________
(I.D. Number)

______________________________________________
______________________________________________
______________________________________________
(Address)

 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/06/2026

**To:** Shanita Foster
7646 S Vernon Ave
Chicago, IL 60619

Charge No: 21B-2023-00979

EEOC Representative and email: ADAM CARVILL
STATE, LOCAL AND TRIBAL PROGRAMS MANAGER
ADAM.CARVILL@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
03/06/2026

Amrith Kaur Aakre
District Director

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#23M0103.14 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2023CF1746 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Shanita Foster | | (773) 848-9426 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 7646 S. Vernon Avenue | Chicago, IL 60619 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Chicago Police Department | | (312) 745-5103 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3410 S. Michigan Avenue | Chicago, IL 60609 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race Sex Retaliation | 04/14/2022 05/30/2023<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**S E E A T T A C H E D**

Page 1 of 4

LMO / HMS

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]

X________________________________ ____/____/____

SIGNATURE OF COMPLAINANT DATE

EEO-5 FORM (Rev. 5/2022-INT)

RETURN THIS COPY

**I. A. ISSUE/BASIS**

**HARASSMENT; HOSTILE WORK ENVIRONMENT – ON OR ABOUT APRIL 14, 2022 TO MAY 30, 2023, DUE TO RACE**

**B. PRIMA FACIE ALLEGATIONS**

1. **My race is black;**

2. **My performance as a Police Officer met Respondent's legitimate expectations. I was hired on April 28, 2003;**

3. **From on or about April 14, 2022 to May 30, 2023, I was subjected to harassment by Respondent through Lieutenant Daniel Bartoli, Sergeant (first name unknown) Jacox, Sergeant Margaret Flisk, and Captain Jacob Aderman. The harassment consisted of the following;**

    - **On May 9, 2022, I was notified by Sergeant Jacox that I had to give a statement because of a complaint filed against me by Lieutenant Bartoli on June 18, 2020 regarding an opinion that I gave while I was off duty at my church about George Floyd without Respondent's permission.**

    - **On April 21, 2023, I was instructed to write a "to-from" by Sergeant Flisk for taking a late lunch.**

    - **On May 15, 2023, I was advised by Sergeant (first name unknown) Lopez that I could not teach Officer Friendly at an elementary school per Captain Aderman when in fact I am certified to teach the course.**

    - **On May 28· 2023, Sergeant (first name unknown) Lopez approached me during my break in the parking lot and stated that Captain Aderman was looking for me. When I walked back inside the facility, Captain Aderman did not say anything to me.**

    - **On May 30, 2023, I was notified by Respondent that I was being detailed out of the unit;**

4. **I found the conduct unwelcome and unwanted;**

5. **The conduct created a hostile, intimidating or offensive work environment for me that substantially interfered with my ability to perform the job; and**

6. **Respondent treated similarly situated non-black employees differently under similar circumstances.**

**II. A. ISSUE/BASIS**

**HARASSMENT; HOSTILE WORK ENVIRONMENT – ON OR ABOUT ON OR ABOUT APRIL 14, 2022 TO MAY 30, 2023, DUE TO SEX**

**B. PRIMA FACIE ALLEGATIONS**

1. **My sex is female;**

2. **My performance as a Police Officer met Respondent's legitimate expectations. I was hired on April 28, 2003;**

3. **From on or about April 14, 2022 to May 30, 2023, I was subjected to harassment by Respondent through Lieutenant Daniel Bartoli, Sergeant (first name unknown) Jacox, Sergeant Margaret Flisk, and Captain Jacob Aderman. The harassment consisted of the following;**

   - **On May 9, 2022, I was notified by Sergeant Jacox that I had to give a statement because of a complaint filed against me by Lieutenant Bartoli on June 18, 2020 regarding an opinion that I gave while I was off duty at my church about George Floyd without Respondent's permission.**

   - **On April 21, 2023, I was instructed to write a "to-from" by Sergeant Flisk for taking a late lunch.**

   - **On May 15, 2023, I was advised by Sergeant (first name unknown) Lopez that I could not teach Officer Friendly at an elementary school per Captain Aderman when in fact I am certified to teach the course.**

   - **On May 28· 2023, Sergeant (first name unknown) Lopez approached me during my break in the parking lot and stated that Captain Aderman was looking for me. When I walked back inside the facility, Captain Aderman did not say anything to me.**

   - **On May 30, 2023, I was notified by Respondent that I was being detailed out of the unit;**

4. **I found the conduct unwelcome and unwanted;**

5. **The conduct created a hostile, intimidating or offensive work environment for me that substantially interfered with my ability to perform the job; and**

6. **Respondent treated similarly situated male employees differently under similar circumstances.**

**III. A. ISSUE/BASIS**

**RETALIATION – ON OR ABOUT APRIL 14, 2022 TO MAY 30, 2023, FOR ENGAGING IN A PROTECTED ACTIVITY**

**B. PRIMA FACIE ALLEGATIONS**

1. **In 2018, I engaged in a protected activity when I received counseling through my insurance from a private sector doctor because Respondent encouraged us to get counseling due to the suicide rate being high among police officers.**

2. **From on or about April 14, 2022 to May 30, 2023, I was subjected to harassment by Respondent through Lieutenant Daniel Bartoli, Sergeant (first name unknown) Jacox, Sergeant Margaret Flisk, and Captain Jacob Aderman. The harassment consisted of the following;**

   - **On May 9, 2022, I was notified by Sergeant Jacox that I had to give a statement because of a complaint filed against me by Lieutenant Bartoli on June 18, 2020 regarding an opinion that I gave while I was off duty at my church about George Floyd without Respondent's permission.**

   - **On April 21, 2023, I was instructed to write a "to-from" by Sergeant Flisk for taking a late lunch.**

   - **On May 15, 2023, I was advised by Sergeant (first name unknown) Lopez that I could not teach Officer Friendly at an elementary school per Captain Aderman when in fact I am certified to teach the course.**

   - **On May 28, 2023, Sergeant (first name unknown) Lopez approached me during my break in the parking lot and stated that Captain Aderman was looking for me. When I walked back inside the facility, Captain Aderman did not say anything to me.**

   - **On May 30, 2023, I was notified by Respondent that I was being detailed out of the unit; and**

3. **The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.**

# Administrative Summary Report

Log No: 2020-0002804

**Rule Violation:** 06 - Disobedience of an order or directive, whether written or oral. - It has been determined that PO SILAPADURLYANG disobeyed General Order G09-01-06 II.C.1. when he gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived." [1 count(s)]

---

**Accused:** SHANITA FOSTER
**Rank:** POLICE OFFICER
**Star Number:** 15548

**RECOMMENDED PENALTY:** 006 - 6 DAY SUSPENSION

## Allegations

### 1 - Sustained - Operation/Personnel Violations/Conduct Unbecoming

**Allegation:** It is Alleged by [redacted] that on 18 Jun 2020, at an unknown time, at Solid Rock Ministry Church, the Accused Members gave opinions of the George FLOYD Protests without permission of the Department.

**Rule Violation:** 02 - Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department. - It has been determined that the accused member impeded the Department's effort to achieve it policy and goals or brought discredit upon the Department when PO FOSTER gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived. [1 count(s)]

**Rule Violation:** 06 - Disobedience of an order or directive, whether written or oral. - It has been determined that PO FOSTER disobeyed General Order G09-01-06 II.C.1. when she gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived." [1 count(s)]

## Administrative Summary Report

Log No: 2020-0002804

**1 - Sustained - Operation/Personnel Violations/Conduct Unbecoming**

**Allegation:** [redacted] alleged that on 18 Jun 2020, @ an unknown time, and from an unknown location the Accused SGT. Darrick SCOTT #1506, EMP. #11973, UOA 015 gave opinions of the George FLOYD Protests without permission of the Department in violation of General Order G09-01-06 Use of Social Media Outlets II. C 1.

**Rule Violation:** 02 - Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department. - It has been determined that the accused member impeded the Department's effort to achieve it policy and goals or brought discredit upon the Department when Sgt. Scott gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived. [1 count(s)]

**Rule Violation:** 06 - Disobedience of an order or directive, whether written or oral. - It has been determined that Sgt. SCOTT disobeyed General Order G09-01-06 II.C.1. when he gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived." [1 count(s)]

---

**Accused:** TRAK SILAPADURIYANG
**Rank:** POLICE OFFICER
**Star Number:** 19904

**RECOMMENDED PENALTY:** 003 - 3 DAY SUSPENSION

**Allegations**

**1 - Sustained - Operation/Personnel Violations/Conduct Unbecoming**

**Allegation:** [redacted] alleged that on 18 Jun 2020, @ an unknown time, and from an unknown location the Accused PO Trak SILAPADURIYANG #19904, EMP. #91021, UOA 124 gave opinions of the George FLOYD Protests without permission of the Department in violation of General Order G09-01-06 Use of Social Media Outlets II. C 1.

**Rule Violation:** 02 - Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department. - It has been determined that the accused member impeded the Department's effort to achieve it policy and goals or brought discredit upon the Department when PO SILAPADURIYANG gave opinions of the George FLOYD Protests without permission of the Department in a YouTube video titled "3 ways George Floyd Could've Survived.

[1 count(s)]